

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BENJAMIN DUNN, | § | No. 08-24-00363-CV |
| Appellant, | § | Appeal from the |
| v. | § | 455th Judicial District Court |
| THOMPSON, COE, COUSINS and IRONS, LLP d/b/a THOMPSON COE, | § | of Travis, Texas |
| | § | (TC# D-1-GN-23-008730) |
| Appellee. | § | |

## MEMORANDUM OPINION

Before this Court is Appellant's unopposed motion to dismiss this appeal. The motion states that the parties have resolved all outstanding issues in the case. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant.[1] *See* Tex. R. App. P. 42.1(d). All pending motions are denied as moot.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] Appellant's motion asks that we tax costs against the party incurring the same. Because this is not a joint motion signed by all parties, we tax costs against Appellant pursuant to Rule 42.1(d).